**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LAKEISHA MONROE | CIVIL ACTION NO. 26-1674 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| LA DEPT. CHILDREN & FAMILY SERVICES, ET AL. | MAGISTRATE JUDGE McCLUSKY |

# ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge, noting no objections were filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the combined motion to dismiss for insufficient service of process and for partial dismissal for failure to state a claim upon which relief can be granted, Record Document 5, filed by defendant Louisiana Department of Children and Family Services, is **DENIED AS MOOT.**

**DONE AND SIGNED** at Shreveport, Louisiana, this 28th day of October, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE